# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| HILSOFT, INC. AND EPIQ SYSTEMS, INC., | Civil No. 09-2629 (JRT/AJB) |
| Plaintiffs, | **ORDER** |
| v. | |
| ANALYTICS, INC., GINA INTREPIDO, AND CARLA PEAK, | |
| Defendant. | |

_____

> Kerry Bundy and Timothy Cruz, **FAEGRE & BENSON LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for plaintiffs.
>
> Brian Christensen and Melody Rayl, **BRYAN CAVE, LLP,** 1200 Main Street, Suite 3500, Kansas City, MO 64105; Timothy Kenny, **FULBRIGHT & JAWORSKI LLP**, 80 South Eighth Street, Suite 2100, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the parties' Joint Stipulation filed October 7, 2009 [Docket No. 15].

Based on a review of the file and record in this case, **IT IS HEREBY ORDERED:**

1. The Court approves the terms of the Joint Stipulation; and

2. The October 22 hearing that is the subject of Plaintiffs' Amended Notice of Motion [Docket No. 9], is hereby continued pursuant to the terms of the Joint Stipulation.

DATED: October 11, 2009
at Minneapolis, Minnesota

_____ s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge