| | |
|---|---|
| HILSOFT, INC. AND EPIQ SYSTEMS, INC., | Civil No. 09-2629 (JRT/AJB) |
| Plaintiffs, | |
| v. | **ORDER** |
| ANALYTICS, INC., GINA INTREPIDO, AND CARLA PEAK, | |
| Defendants, | |

Kerry Bundy and Timothy Cruz, **FAEGRE & BENSON LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for plaintiffs.

Patrick Martin and Timothy Kenny, **FULBRIGHT & JAWORSKI LLP**, 80 South Eighth Street, Suite 2100, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the parties' joint stipulation regarding briefing schedule [Docket No. 28].

**IT IS HEREBY ORDERED** that:

1. The Court approves the terms of the Joint Stipulation Regarding Briefing Schedule.

2. Briefs in response to Plaintiffs' Motion for Preliminary Injunction [Docket No. 2] and Defendants' Motion to Dismiss or Stay [Docket No. 20] shall be filed with the Court on or before December 21; 2009.

3. Any reply briefs in support of Plaintiffs' Motion for Preliminary Injunction [Docket No. 2] and Defendants' Motion to Dismiss or Stay [Docket No. 20] shall be filed with the Court on or before January 15, 2010.

Dated: November 6, 2009
at Minneapolis, Minnesota

      s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge