**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| HILSOFT, INC. AND EPIQ SYSTEMS, INC., | Civil No. 09-2629 (JRT/AJB) |
| Plaintiffs, | **ORDER** |
| v. | |
| ANALYTICS, INC., GINA INTREPIDO, AND CARLA PEAK, | |
| Defendants. | |

_____

      Kerry Bundy and Timothy Cruz, **FAEGRE & BENSON LLP,** 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402, for plaintiffs.

      Brian Christensen and Melody Rayl, **BRYAN CAVE, LLP,** 1200 Main Street, Suite 3500, Kansas City, MO 64105; Patrick Martin and Timothy Kenny, **FULBRIGHT & JAWORSKI LLP**, 80 South Eighth Street, Suite 2100, Minneapolis, MN 55402, for defendants.

      This matter is before the Court upon the parties' Stipulated Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) [Docket No. 32].

      **IT IS HEREBY ORDERED** that the above-captioned action is hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1).

 Each party shall bear its own costs and attorney's fees.

Dated: November 25, 2009
at Minneapolis, Minnesota

                                                                                                              s/ John R. Tunheim
                                                                                            JOHN R. TUNHEIM
                                                                          United States District Judge